IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–01979–PAB–KMT


LAURA HERBLAN,

      Plaintiff,

v.

FAIRMOUNT FIRE PROTECTION DISTRICT, a Colorado Special District,
JOEL HAGER, and
DON ANGELL, in their official and individual capacities,

      Defendants.

---

## MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The "Unopposed Motion for Leave to File Second Amended Complaint and Jury Demand" (Doc. No. 9, filed September 9, 2013) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). No later than September 13, 2013, Plaintiff may file her Second Amended Complaint and Jury Demand, and include the proper case number as indicated in the caption above.

Dated: September 10, 2013