IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–01979–PAB–KMT

LAURA HERBLAN,

    Plaintiff,

v.

FAIRMOUNT FIRE PROTECTION DISTRICT, a Colorado Special District,
JOEL HAGER, and
DON ANGELL, in their official and individual capacities,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiff's Unopposed Motion for Leave to Amend Complaint and Jury Demand" (Doc. No. 42, filed February 5, 2014) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk is directed to file the Third Amended Complaint and Jury Demand (Doc. No. 42-1).

Dated: February 10, 2014