IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01979-PAB-KMT

LAURA HERBLAN,

    Plaintiff,

v.

FAIRMOUNT FIRE PROTECTION DISTRICT, a Colorado Special District,
JOEL HAGER, and
DON ANGELL, in their official and individual capacities,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS**
_____

    This matter comes before the Court on the Plaintiff's Unopposed Motion to Dismiss Claims against Joel Hager and Don Angell With Prejudice Pursuant to Fed. R. Civ. Pro. 41(a)(2) [Docket No. 60].  Plaintiff represents that counsel for all parties agree to the dismissal of all claims against Mr. Hager and Mr. Angell.  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the Plaintiff's Unopposed Motion to Dismiss Claims against Joel Hager and Don Angell With Prejudice Pursuant to Fed. R. Civ. Pro. 41(a)(2) [Docket No. 60] is GRANTED.  It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendants Joel Hager and Don Angell are dismissed with prejudice, with each party to bear his or her own attorneys' fees and costs.  It is further

**ORDERED** that Defendant Don Angell's Motion for Summary Judgment [Docket No. 37] and Defendant Don Angell's Supplementation to Motion for Summary Judgment [Docket No. 57] are DENIED as moot.

DATED August 22, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge