IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01979-PAB-KMT

LAURA HERBLAN,

    Plaintiff,

v.

FAIRMOUNT FIRE PROTECTION DISTRICT, a Colorado Special District,

    Defendant.
_____

**MINUTE ORDER**
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Stipulation for Dismissal With Prejudice [Docket No. 62] filed by the remaining parties to this case, plaintiff Laura Herblan and defendant Fairmount Fire Protection District.

    The stipulation was not signed by "by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); see *Anderson-Tully Co. v. Federal Ins. Co.*, 347 F. App'x 171, 176 (6th Cir. 2009) (under Fed. R. Civ. P. 41(a)(1)(A)(ii), "all parties who have appeared" includes both current and former parties). As a result, the Stipulation for Dismissal, by itself, does not serve to dismiss this action.

    The Court, however, having reviewed the stipulation, finds that dismissal is appropriate. Furthermore, "[u]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B) (emphasis added). Here, however, the parties have agreed to the dismissal with prejudice. Therefore, upon the filing of the Stipulation for Dismissal With Prejudice [Docket No. 62], this action was dismissed with prejudice, each party to bear its own costs and attorneys' fees. It is further

    **ORDERED** that this case shall be closed in its entirety.

    DATED September 4, 2014.